IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWNTA BRABSON,                    :        No. 3:26-CV-0458
                    Petitioner      :
                                    :        (Judge Munley)
        v.                          :
                                    :
WARDEN F. GARZA,                    :
                    Respondent      :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Petitioner Shawnta Brabson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice as to his unexhausted Second Chance Act claim.

2. Brabson's Section 2241 petition is **DENIED** as to his exhausted claim invoking the First Step Act.

3. The Clerk of Court is directed to CLOSE this case.

Date: ___6/22/26___                 BY THE COURT:

                                    _____
                                    JUDGE JULIA K. MUNLEY
                                    United States District Court